DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KAREN KREUZKAMP (CABN 246151)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7014
FAX: (415) 436-7243
Email: Karen.Kreuzkamp@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 16-00307 RS |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **VACATING EVIDENTIARY HEARING OF** |
| v. ) | **JUNE 7, 2019 AND SETTING STATUS** |
| ) | **CONFERENCE OF JUNE 4, 2019** |
| MICHAEL DELFON GREGORY, ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 18-00005 RS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL DELFON GREGORY, ) | |
| ) | |
| Defendant. ) | |

STIPULATION AND [PROPOSED] ORDER VACATING
EVIDENTIARY HRG. AND SETTING STATUS        1
CR 16-00307 RS
CR 18-00005 RS

# **STIPULATION**

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The parties appeared before the Court on May 7, 2019 at 2:30 p.m. for a status conference in Case Numbers CR 16-00307 RS and CR 18-00005 RS. Defendant Michael Gregory, represented by Robert Waggener, was present and in custody. Assistant United States Attorney Karen Kreuzkamp appeared for the Government. The parties advised the Court that the CAP team declined to make a decision regarding whether the defendant could remain in CAP related to Case Number CR 18-00005 RS until after this Court decided the pending Form 12 in Case Number CR 16-00307 RS. The Form 12 charges the defendant with violating the mandatory condition of probation that he not commit another federal, state, or local crime. The Court scheduled an evidentiary hearing for June 7, 2019 at 9:30 a.m.

2. Since that time, the parties, through counsel, have met and conferred regarding potential resolution of the cases. Counsel for the defendant has advised the government that the defendant is prepared to resolve the cases against him without proceeding to the June 7, 2019 evidentiary hearing. The parties therefore believe the June 7, 2019 hearing is no longer necessary.

3. The parties therefore respectfully request that the Court vacate the June 7, 2019 hearing date. The parties additionally request that the Court add these cases to its criminal calendar of June 4, 2019 at 2:30 p.m., at which time the parties will be prepared to advise the Court on the proposed resolution and ask the Court to refer the cases to U.S. Probation for the preparation of Presentencing Reports.

//
//
//
//
//
//
//

IT IS SO STIPULATED.

DATED:                                   Respectfully submitted,

                                         DAVID L. ANDERSON
                                         United States Attorney


                                         _____/s/_____
                                         KAREN KREUZKAMP
                                         Assistant United States Attorney


                                         _____/s/_____
                                         ROBERT WAGGENER
                                         Counsel for Defendant Michael Gregory


## [~~PROPOSED~~] ORDER

Based upon the above-described Stipulation, the Court VACATES the June 7, 2019 evidentiary hearing date and sets both CR 16-00307 RS and CR 18-00005 RS for status on June 4, 2019 at 2:30 p.m.

IT IS SO ORDERED.

DATED: 5/23/19

                                         HON. RICHARD SEEBORG
                                         United States District Judge

STIPULATION AND [PROPOSED] ORDER VACATING
EVIDENTIARY HRG. AND SETTING STATUS          3
CR 16-00307 RS
CR 18-00005 RS